IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BILLY J. HAMILTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | ) No.07-cv-00383-DRH-DGW |
| | ) |
| ILLINOIS CENTRAL RAILROAD COMPANY, | ) ) |
| INC., d/b/a CN/IC, a corporation, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

The Court having been advised in premises, and pursuant to Plaintiff's Motion in Support of Default Judgment [Doc.8], finds that the Defendant, **ILLINOIS CENTRAL RAILROAD COMPANY, INC., d/b/a CN/IC, a corporation**, was served in the above-styled matter on June 14, 2007; and

FURTHER, that the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, d/b/a CN/IC, has failed to file an answer or any responsive pleading in the above-styled matter.  The Court grants Plaintiff's Motion for Default Judgment and enters Judgment in favor of the Plaintiff, BILLY J. HAMILTON, and against the Defendant, ILLINOIS CENTRAL RAILROAD COMPANY, d/b/a CN/IC.; and

FURTHER orders this matter be set for hearing on the issue of damages only.

/s/            David   RHerndon

UNITED STATES DISTRICT J U D G E

ENTERED: July 24, 2007