IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BILLY HAMILTON**,

**Plaintiff,**

v.

**ILLINOIS CENTRAL RAILROAD COMPANY, d/b/a CN/IC,**

**Defendant.**   No. 07-0383-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is Defendant's motion for leave to file supplement to Defendant's motion to dismiss. (Doc. 46.) Being fully advised in the premises, the Court **GRANTS** Defendant's motion. (Doc. 46.) Defendant shall have up to and including October 12, 2007 to file a supplement to Defendant's motion to dismiss. Plaintiff shall file a response to the supplement no later than October 19, 2007.

**IT IS SO ORDERED.**

Signed this 5th day of October, 2007.

/s/     DavidRHerndon
**Chief Judge**
**United States District Court**