IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BILLY HAMILTON**,

**Plaintiff,**

**v.**

**ILLINOIS CENTRAL RAILROAD COMPANY, d/b/a CN/IC,**

**Defendant.**                                             No. 07-0383-DRH

## ORDER

**HERNDON, Chief Judge:**

On October 29, 2007, the Court held a telephone hearing on Defendant's motion to quash or modify request nos. 1 and 2 of the subpoena directed to Chris Karsten pursuant to Federal Rule of Civil Procedure 45(c)(3) (Doc. 51). Based on the reasons stated on the record, the Court **GRANTS in part** and **DENIES in part** this motion. Also based on the reasons stated on the record, the Court **DENIES** Defendant's motion for leave to file supplement to motion to set aside or vacate (Doc. 50).

**IT IS SO ORDERED.**

Signed this 29th day of October, 2007.

/s/      DavidRHerndon
Chief Judge
United States District Court