**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| BILLY J. HAMILTON, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| vs. | )     No.07-cv-00383-DRH |
| | ) |
| ILLINOIS CENTRAL RAILROAD COMPANY, | ) |
| INC., d/b/a CN/IC, a corporation, | ) |
| | ) |
|     Defendant. | ) |

**ORDER**

Now before the Court is Hamilton's Motion for Leave to Conduct Discovery Prior to Filing a Written Response to Defendant's Motion to Transfer (Doc. 77). Defendant opposes the motion (Doc. 79). Said motion is **GRANTED**. The following discovery shall be completed, prior to Plaintiff responding to Defendant's Motion to Transfer:

    a.    Exchange of information pursuant to F.R.C.P. 26;

    b.    Exchange of written discovery pertaining to venue; and

    c.    Deposition(s) pursuant to F.R.C.P. 30(b)(6), pertaining to the inspection, maintenance, and/or repairing of Defendant's locomotive engines, which Plaintiff rode, including the location of said inspection, maintenance, and/or repairs, the person(s) and/or entities involved in the inspection, maintenance, and/or repairs; schedule of maintenance, inspection, and/or repairs of said locomotive engines.

Plaintiff is ordered to file a response to Defendant's Motion to Transfer within thirty (30) days after the completion of the aforementioned discovery.

SO ORDERED:

February 22, 2008                    /s/   David R Herndon
                                     Chief Judge
                                     United States District Court

2

Page 2 of 2