IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BILLY HAMILTON**,

**Plaintiff,**

**v.**

**ILLINOIS CENTRAL RAILROAD COMPANY, d/b/a CN/IC,**

**Defendant.**  No. 07-0383-DRH

## ORDER

**HERNDON, Chief Judge:**

Pending before the Court is Defendant's March 10, 2008 motion for leave to file supplement to Defendant's motion to transfer under 28 U.S.C. § 1404(a) (Doc. 85). As of today's date, Plaintiff has not responded to the motion. Thus, the Court **GRANTS** the motion. The Court **ORDERS** Defendant to file its supplement to the motion to transfer *instanter*.

**IT IS SO ORDERED.**

Signed this 26th day of March, 2008.

/s/     David R Herndon
Chief Judge
United States District Court