IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

BILLY J. HAMILTON,                          )
                                            )
        Plaintiff,                          )
                                            )
vs.                                         )       Cause No. 07-383-DRH-DGW
                                            )
                                            )
ILLINOIS CENTRAL RAILROAD COMPANY,)
                                            )
        Defendant.                          )

## ORDER

This matter comes before the Court on Defendant Illinois Central Railroad Company's Motion for Leave to Amend by Interlineation Defendant's First Supplement to Its Motion to Transfer Under 28 U.S.C. § 1404(a) (Doc. 88).  The Motion is hereby **GRANTED**.  Paragraph 2 of Illinois Central's First Supplement is hereby amended by interlineation by striking the words "Central District of Illinois" and replacing them with "Southern District of Indiana."

Entered this 31st day of March, 2008.

/s/    David R Herndon
Chief Judge
United States District Court

- 1 -