IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**BILLY HAMILTON**,

**Plaintiff,**

v.

**ILLINOIS CENTRAL RAILROAD COMPANY, d/b/a CN/IC,**

**Defendant.** No. 07-0383-DRH

## ORDER

**HERNDON, Chief Judge:**

This matter comes before the Court for case management. On February 22, 2008, the Court granted Plaintiff's motion for leave to conduct discovery prior to filing a written response to Defendant's motion to transfer (Doc. 81). Although it has been almost four months since the Court allowed Plaintiff leave to conduct discovery, Plaintiff has not filed a response to the motion to transfer. Thus, the Court **ORDERS** Plaintiff to respond in writing on or before June 27, 2008 as to the status of this issue.

**IT IS SO ORDERED.**

Signed this 20th day of June, 2008.

/s/     David R Herndon
Chief Judge
United States District Court