IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BILLY J. HAMILTON, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>ILLINOIS CENTRAL RAILROAD )<br>COMPANY, a corporation doing )<br>business as CN/IC, )<br>)<br>    Defendant. ) | Cause No. 07-383-DRH-DGW |

## **ORDER OF DISMISSAL**

On stipulation of the parties hereto, the above-captioned case is hereby dismissed with prejudice. Each party to pay its own costs.

WHEREFORE, IT IS ORDERED AND ADJUDGED that this case is hereby dismissed with prejudice to the plaintiff. Each party to pay its own costs.

                                                   /s/    *David R Herndon*
                                                 Chief Judge
                                                 United States District Court

October 22, 2008